UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA )
)
v. ) No. 2:22-CR-126
) Judge Corker
JONATHAN DAVID BULLA )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about July 11, 2022, within the Eastern District of Tennessee, the defendant, JONATHAN DAVID BULLA, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely a Hi-point Firearms (Strassell's Machine, Inc.), model CF380, .380 caliber pistol, said firearm having been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(1)]

A TRUE BILL:

███████████████

FOREPERSON

APPROVED:

FRANCIS M. HAMILTON, III
United States Attorney

By: _____
M. BLAKE WATSON
Special Assistant United States Attorney

1